

**Maria C. Mannarino**
Managing Associate

maria.mannarino@dentons.com

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2021

September 2, 2021

**VIA ECF**

The Honorable Judge Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Monegro v. Southwest Specialty Food, Inc., Case No. 1:21-cv-01687

Dear Judge Nathan:

We represent defendant Southwest Specialty Food, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Frankie Monegro, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from September 2, 2021 to October 18, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Maria C. Mannarino*
Maria C. Mannarino

cc:   All counsel of record (by ECF)

The post-discovery status conference scheduled for October 8, 2021 is adjourned to October 22, 2021.

[signature]
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

9/24/2021